THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Tyrone Roberson, Petitioner
v.
State of South Carolina, Respondent
 
 
 

Appeal From Jasper County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No.
2004-UP-627 
Submitted December 1, 2004  Filed December 
 10, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.
Assistant Attorney General 
 Adrianne L. Turner, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Tyrone L. Roberson appeals the circuit courts dismissal 
 of his habeas corpus petition.  Robersons appellate counsel has petitioned 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Robersons appeal is without merit.  Roberson filed a separate pro 
 se brief.
After consideration of Robersons pro se brief and review of 
 the record as required by Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there 
 are no directly appealable issues that are arguable on their merits.  Accordingly, 
 we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
 [1]We decide this 
 case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.